## CASE SPECIFIC LOAN AGREEMENT (CSLA) TO THE MASTER LOAN AGREEMENT BETWEEN 1ST Class Legal (I.S.) Limited and Niro, Haller & Niro dated 20th day of December 2011
### REFERENCE: 1CL/NIRO/01/Cascades

| | |
|---|---|
| Name of Borrower | Niro, Haller and Niro |
| Name of Borrower's Client(s) | Cascades Computer Innovation LLC. |
| Registered address of Borrower's client & key contact person details. | 500 Skokie Boulevard, Suite 250 Northbrook, Illinois 60062 |
| The Proceedings including details of opponents and details on ability of opponent to pay an award. | Acer, Dell, HTC, LG, Hynix, Motorola Mobility, Samsung, Pantech, Philips, Sharp and Sony-Ericsson |
| Any case specific additional information provided by the Borrower. | Civil actions pending in the U.S. District Court for the Northern District of Illinois |

| | |
|---|---|
| Borrower's costs. | USD 1,000,000 |
| Borrower's client costs & disbursements. | USD 500,000 |
| The Funded Premium and/or applicable guarantees as required by the Lender. | USD 1,723,700 |
| Total Facility Amount | USD 3,223,700 |
| Total Facility distribution and payment schedule. | As per the attached budget which forms part of and should be read in conjunction with this agreement. |
| 1st Class Legal (I.S.) Limited - Win Only Award Fee Percentage | 10 % of the Gross Proceeds obtained from the Proceedings. Such Gross Proceeds to include any additional sums obtained in the Proceedings for such time period and amount as they are provided to the Borrower's client. |
| 1st Class Legal (I.S.) Limited Statutory Trust Client Account Borrower Reference. | ATE/5598/Cascades |
| Borrower client reference. | ATE/5598/Niro/Cascades |
| Borrower Accounts Date. | 31 December |
| Agreed detailed budget attached – forms part of this agreement. | Yes |
| BCCS issues: value and amount of shares in the Borrower's client company purchased or to be purchased by the Lender. | 1/2 of 1 share |



EXHIBIT C

It is hereby agreed between the parties that a case specific loan shall be provided by the Lender to the Borrower on the specific terms set out in this Case Specific Loan Agreement which is to be read in conjunction with and forms part of the Master Loan Agreement instigated between the parties on the 15th day of December 2011.

This schedule and the loan related thereto shall incorporate shall incorporate all the terms of the Master Loan Agreement between the parties unless specifically amended in writing in this Case Specific Loan Agreement.

**IN WITNESS** whereof the parties have executed this Agreement and delivered it as a deed the day and year first above written.

EXECUTED as a DEED by the Borrower acting by           a director/partner and a director/partner both of whom are duly authorised so to act and to sign this deed on behalf of the firm of Niro, Haller & Niro.

Signature of First Director/Partner          Signature of Second Director/Partner

Witnessed by:

Name: ANGELICA M REBATADO          Signature: _____

Occupation: LEGAL SECRETARY

Address: 3536 RIDGELAND, BERWYN, IL 60441

EXECUTED as a DEED by 1st Class Legal (I.S.) Limited acting by Bob Gordon, director, and Eibhlin Gordon, director, both of whom are duly authorised by 1st Class Legal (I.S.) Limited so to act and to sign this deed.

Signature of First Director          Signature of Second Director

Witnessed by:

Name: Rachel Ferguson          Signature: Ferguson

Occupation: Assistant Underwriter

Address: 10 Cavendish Cl, Shrewsbury, SY5 5PG