## CASE SPECIFIC LOAN AGREEMENT (CSLA) TO THE MASTER LOAN AGREEMENT BETWEEN 1ST Class Legal (I.S.) Limited and Niro, Haller & Niro dated 20th day of December 2011
### REFERENCE: 1CL/NIRO/01/Cascades

| | |
|---|---|
| Name of Borrower | Niro, Haller and Niro |
| Name of Borrower's Client(s) | 21 srl |
| Registered address of Borrower's client & key contact person details. | Via B. Eustachi 22, 20129 Milano Italy Attention: Maria Teresa Grassi Mantelli |
| The Proceedings including details of opponents and details on ability of opponent to pay an award. | The obtaining of a license for a set value from many entities as described by Niro to the Lender. Prospective licensees include top online retailers such as Amazon, Staples, Walmart, Liberty Media Corp. (QVC), CostCo, Macy's Inc., J.C. Penney Co. Inc., Target, L.L. Bean |
| Any case specific additional information provided by the Borrower. | |

| | |
|---|---|
| Borrower's costs. | USD 1,000,000 |
| Borrower's client costs & disbursements. | USD 500,000 |
| The Funded Premium and/or applicable guarantees as required by the Lender. | USD 1,723,700 |
| Total Facility Amount | USD 3,223,700 |
| Total Facility distribution and payment schedule. | As per the attached budget which forms part of and should be read in conjunction with this agreement. |
| 1st Class Legal (I.S.) Limited - Win Only Award Fee Percentage | 10 % of the Gross Proceeds obtained from the Proceedings. Such Gross Proceeds to include any additional sums obtained in the Proceedings for such time period and amount as they are provided to the Borrower's client. |
| 1st Class Legal (I.S.) Limited Statutory Trust Client Account Borrower Reference. | ATE/5598/21 srl |
| Borrower client reference. | ATE/5598/Niro/21 srl |
| Borrower Accounts Date. | 31 December |
| Agreed detailed budget attached – forms part of this agreement. | Yes |
| BCCS issues: value and amount of shares in the Borrower's client company purchased or to be purchased by the Lender. | Nil |



EXHIBIT P

It is hereby agreed between the parties that a case specific loan shall be provided by the Lender to the Borrower on the specific terms set out in this Case Specific Loan Agreement which is to be read in conjunction with and forms part of the Master Loan Agreement instigated between the parties on the 15th day of December 2011.

This schedule and the loan related thereto shall incorporate shall incorporate all the terms of the Master Loan Agreement between the parties unless specifically amended in writing in this Case Specific Loan Agreement.

IN WITNESS whereof the parties have executed this Agreement and delivered it as a deed the day and year first above written.

EXECUTED as a DEED by the Borrower acting by          a director/partner and a director/partner both of whom are duly authorized so to act and to sign this deed on behalf of the firm of Niro, Haller & Niro.

Signature of First Director/Partner                Signature of Second Director/Partner

Witnessed by:

Name: Donna Wartman                                Signature: Donna L. Wartman

Occupation: Legal Secretary

Address: 181 West Madison, Suite 4600, Chicago, IL  60602

EXECUTED as a DEED by 1st Class Legal (I.S.) Limited acting by Bob Gordon, director, and Eibhlin Gordon, director, both of whom are duly authorised by 1st Class Legal (I.S.) Limited so to act and to sign this deed.

Signature of First Director                        Signature of Second Director

Witnessed by:

Name: Rachel Ferguson                              Signature: [signature]

Occupation: Assistant Underwriter

Address: 10 Cavendish Cl, Shrewsbury, SY3 5PG